**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00958-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **DENY** appellant's November 7, 2014 motion to vacate October 16, 2014 order and motion to strike appellee's brief.

/s/     CRAIG STODDART
        JUSTICE